THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATOSHA POPE

     Plaintiff,

    v.

CAPITAL ONE AUTO FINANCE, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC. TRANS UNION LLC,

     Defendants.

Civ. Act. No. 2:24-CV-00845

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Andrew J. Bjorklund and Nathaniel G. Ecker as counsel for Experian in this action and in support states as follows:

1. On July 5, 2024, Andrew J. Bjorklund of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On March 27, 2025, Nathaniel G. Ecker of the law firm Jones Day appeared as counsel of record for Experian in this matter.

3. On June 11, 2026, Jennifer Lynn DeFlitch, of the law firm Margolis Edelstein entered an appearance in this matter.  Her contact information is as follows:

   Address:  The Oliver Building 535 Smithfield Street, Suite 1100 Pittsburgh, PA 15222

   Phone: (412) 246-8856

   Email: jdeflitch@margolisedelstein.com

4.  Margolis Edelstein will represent Experian in this matter going forward.  Accordingly, the withdrawal of Andrew J. Bjorklund and Nathaniel G. Ecker will not delay the adjudication of this matter or otherwise prejudice any party.

5.  Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Andrew J. Bjorklund and Nathaniel G. Ecker as counsel for Experian in this matter.


Dated: June 16, 2026                                      Respectfully Submitted,


                                                          */s/ Andrew J. Bjorklund*
                                                          _____

                                                          JONES DAY
                                                          Andrew J. Bjorklund (Pa. 331939)
                                                          500 Grant Street, Suite 4500
                                                          Pittsburgh, PA  15219-2514
                                                          Telephone:    412.394.7201
                                                          Email: abjorklund@jonesday.com


                                                          */s/ Nathaniel G. Ecker*
                                                          _____

                                                          JONES DAY
                                                          Nathaniel G. Ecker (Pa. 331710)
                                                          500 Grant Street, Suite 4500
                                                          Pittsburgh, PA  15219-2514
                                                          Telephone:    412.394.7204
                                                          Email:  necker@jonesday.com

                                                          *Attorneys for Defendant*
                                                          *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

*/s/ Andrew J. Bjorklund*
Andrew J. Bjorklund

*Attorney for Defendant*
*Experian Information Solutions, Inc.*
